**Order entered January 20, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01303-CR

## AL PATTERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F20-76751-J**

## ORDER

Before the Court is appellant's motion to substitute counsel. When an attorney substitutes for a withdrawing attorney, Rule of Appellate Procedure 6.5(d) requires the withdrawing attorney to comply with Rule 6.5(b), which provides, "The motion must be delivered to the party in person or mailed–both by certified and by first-class mail–to the party at the party's last known address." TEX. R. APP. P. 6.5(b). The motion does not show compliance with Rule 6.5(b). Accordingly, we **DENY** the motion to substitute counsel without prejudice to the

filing of a motion that complies with Rule 6.5. We **DIRECT** the Clerk to list Kristen R. Brown and Meredith Belgooy as counsel of record for appellant. All future correspondence shall be sent to Ms. Brown and Ms. Belgooey at the addresses on file with the Court.

The reporter's record is due **FEBRUARY 9, 2023**.

/s/    ERIN A. NOWELL
JUSTICE